

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>CHARLES EDWARD LAKEY<br><br>DEFENDANT(S). | CASE NUMBER<br><br>ED10MJ00330<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of  DEFENDANT                                  , IT IS ORDERED that a detention hearing is set for  12/13/10                        ,              , at  9:30         ☒a.m. / ☐p.m. before the Honorable  OSWALD PARADA                              , in Courtroom  3                              .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated:  12/10/10

_[signature]_
U.S. District Judge/Magistrate Judge